**ORIGINAL FILED**
JUL 31 2001
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION
CIVIL ACTION FILE NUMBER: 1:01-2571-22

| | |
|---|---|
| A. JUNE MITCHELL, WILLIAM MITCHELL, MARGARET BAKER, and THE ESTATE OF WAYNE BAKER, MARGARET BAKER, as PERSONAL REPRESENTATIVE, Individually, and for all other persons and entities similarly situated, J& S HUDSON CONSTRUCTION, INC., formerly, HUDSON CONSTRUCTION, INC. and JEFF HUDSON, <br><br> Plaintiffs, <br><br> v <br><br> CEDAR CREEK PROPERTIES, INC., CEDAR CREEK REALTY, INC., HOWARD HEBERT, ANGELA HEBERT, WILLIAM KOLAREK, JR., MARY KOLAREK, DAVID ABNEY, MIKE CALDWELL, ABNEY CALDWELL BUILDERS, INC., CALVIN RICHARDSON, RICHARDSON CONSTRUCTION, INC., KIMBERLY C. WATERS, AIKEN CLASSIC DESIGN, L.L.C., DONALD E. SHAFFER, JR., DONNIE SHAFFER HOMES, INC., JOEL D. BAUGHMAN, BAUGHMAN BUILDERS, INC., W.G. (BILL) SMITH, W.G. SMITH CONSTRUCTION CO., INC., H. MICHAEL BRAZEAL, BRAZEAL CONSTRUCTION AND REALTY, INC., HERBERT P. WITTER, JR., WITTER CONSTRUCTION CO., INC., TODD W. GAUL, DESIGNER BUILDERS, INC., <br><br> Defendants. | **FILED** <br> AUG 28 2001 <br> LARRY W. PROPES, CLERK <br> COLUMBIA, S.C. <br> Entered: 8-28-01 <br><br> **MOTION WITHDRAWN** <br> /s/ Cameron McGowan Currie 8/28/01 <br> Cameron McGowan Currie <br> United States District Judge <br><br> 73 |

**MOTION FOR PROVISIONAL CLASS CERTIFICATION
AND FOR INJUNCTIVE AND DECLARATORY RELIEF
UNDER RULE 23(b)(2)**

NOW COME the Plaintiffs and pursuant to the Federal Rules of Civil Procedure, Rule 23(b)(2), move this Court for provisional class certification and for injunctive and declaratory relief.