**FILED**

DEC 1 2 2001

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

Entered:
12·12·01

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

|  |  |
|---|---|
| A. June Mitchell, William Mitchell, Margaret Baker, and the Estate of Wayne Baker, Margaret Baker as Personal Representative, Individually and for all other persons and entities similarly situated, J & S. Hudson Construction, Inc., formerly Hudson Construction, Inc., and Jeff Hudson, <br><br> Plaintiffs, <br><br> v. <br><br> Cedar Creek Properties, Inc., Cedar Creek Realty, Inc., Howard Herbert, Angela Herbert, William Kolarek, Jr., Mary Kolarek, David Abney, Mike Caldwell, Abney Caldwell Builders, Inc., Calvin Richardson, Richardson Construction, Inc., Kimberly C. Waters, Aiken Classic Design, LLC, Donald E. Shaffer, Jr., Donnie Shaffer Homes, Inc., Joel D. Baughman, Baughman Builders, Inc., W.G. (Bill) Smith, W.G. Smith Construction, Inc., H. Michael Brazeal, Brazeal Construction and Realty, Inc., Herbert P. Witter. Jr., Witter Construction Co., Inc., Todd W. Gaul, and Designer Builders, Inc., <br><br> Defendants. | Civil Action No. 1:01-2571-22 <br><br><br><br> **ORDER OF DISMISSAL** <br> **WITHOUT PREJUDICE** <br> **FOR CERTAIN DEFENDANTS** |

The plaintiffs, by and with the consent of the attorneys for the following defendants,

dismiss the following defendants without prejudice: David Abney, Mike Caldwell, Abney Caldwell

Builders, Calvin Richardson, Richardson Construction, Inc., Todd Gaul, Designer Builders, Inc.,

102

Kimberly Waters, Aiken Classic Design, LLC, Donald E. Shaffer, Jr., Donnie Shaffer Homes, Inc.,

Joel Baughman, Baughman Builders, Inc., Herb Witter, Jr. and Witter Construction. The defendants

further agree that the statute of limitations will be tolled on the causes of action alleged in the

plaintiffs' complaint or first amended complaint from the date the plaintiffs first filed the complaint

on June 1, 2001, for a period of one year; provided, however, the statute will not be tolled for any

claims which expired before the plaintiffs served their complaint.

AND IT IS SO ORDERED.

*Cameron McGowan Currie*

*Columbia*, South Carolina

*December* *12*, 2001

WE SO MOVE AND CONSENT:

BY: _____
     Richard A. Harpootlian
     1410 Laurel Street
     Post Office Box 1090
     Columbia, SC 29202

     Stanley G. Jackson
     321 1/2 Newberry Street, SW
     Aiken, SC 29801
Attorneys for Plaintiffs

CAPERS, DUNBAR, SANDERS & BRUCKNER

BY: _____
     Ziva P. Bruckner
     1500 First Union Bank Building
     699 Broad Street
     Augusta, GA 30901-1454
Attorneys for Defendants, H. Michael Brazeal and
  Brazeal Construction Realty, Inc.

SOWELL GRAY STEPP & LAFFITTE

BY: _Monty Todd_____

Monteith P. Todd
1310 Gadsden Street
Post Office Box 11449
Columbia, SC 29211
(803) 929-1400

Attorneys for Defendants, David Abney, Mike Caldwell, Abney
Caldwell Builders, Inc., Calvin Richardson, Richardson
Construction, Inc., Herbert P. Witter, Jr., Witter Construction
Co., Inc., Todd W. Gaul, and Designer Builders, Inc.


ORMAND LAW FIRM

BY: _Cynthia Durham by MPT with permission_

Cynthia Durham
625 Taylor Street
Post Office Box 8657
Columbia, SC 29201
(803) 254-4220

Cul #3

Attorneys for Defendants, Donald E. Shaffer and Donnie
Shaffer Homes, Inc.


JAMES C. ANDERS, JR. & ASSOCIATES

BY: _Tom Young by MPT with permission_

Tom Young, Jr.
Post Office Box 651
Aiken, SC 29802

Attorneys for Defendants, Baughman Builders, Inc., Joel D.
Baughman, W.G. Smith Construction Co., Inc., W. G.
Smith, Aiken Classic Design, LLC, and Kimberly C. Waters

NEXSEN PRUET JACOBS POLLARD & ROBINSON, LLC

BY: _____

Paul A. Dominick (ID#577)
Jenny Anderson Horne (ID#7048)
200 Meeting Street, Suite 301
Post Office Box 486
Charleston, SC 29402
(843) 577-9440

Attorneys for Defendants, Cedar Creek Properties, Inc.,
Cedar Creek Realty, Inc., Howard Herbert, Angela
Herbert, William Kolarek, Jr., and Mary Kolarek

-4-